# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in
Government Act of 1978, as amended
(5 U.S.C. App. 4, Sec. 101-112)

| Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eagan, Claire V. | USDC/N. Dist. of Oklahoma | 08/06/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Nominee | 5. Report Type (check type)<br><br>X Nomination, Date 08/02/2001<br><br>Initial   Annual   Final | 6. Reporting Period<br><br>01/01/2000<br>to<br>07/31/2001 |
|---|---|---|

| 7. Chambers or Office Address<br><br>United States Courthouse<br>333 W. 4th Street, Room 411<br>Tulsa, Oklahoma 74103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | ☐ NONE (No reportable positions.) | |
| 1 | Trustee | Trust #1 (See #17 in Part VII and Note in Part VIII) |
| 2 | Trustee | Trust #2 (See #18 in Part VII and Note in Part VIII) |
| 3 | | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | X NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |
| 3 | | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | ☐ NONE (No reportable non-investment income.) | | |
| 1 | 2001 | University of Tulsa College of Law | $1,500 |
| 2 | 2001 | Advanced Medical Instruments, Inc. | |
| 3 | 2000 | Advanced Medical Instruments, Inc. | |
| 4 | 1999 | Advanced Medical Instruments, Inc. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*ncludes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | Homeside Lending, Inc. | Mortgage loan on parents' residence | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Eagan, Claire V. | 08/06/2001 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | EXEMPT | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ | NONE (No such reportable gifts.) | | |
| 1 | EXEMPT | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | Homeside Lending, Inc. | Mortgage loan on parents' residence | L |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

\* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | – | – | – | EXEMPT |
| 1 Investor Fund / Bank of Oklahoma, N.A. | A | Dividend | J | T | | | | | |
| 2 Property #1 - Tulsa, OK | | None | L | W | | | | | |
| 3 Property #2 - Highland Beach, FL | | None | M | W | | | | | |
| 4 Exxon Corp. - Common | A | Dividend | K | T | | | | | |
| 5 The Williams Cos. - Common (-0- Ending Value) | E | Dividend | | T | | | | | |
| 6 Merrill Lynch Managed IRA #1 (#7-11 below) (See VIII) | | | | | | | | | |
| 7 Alliance Growth Fund (-0- Ending Value) | A | Dividend | | T | | | | | |
| 8 Davis New York Venture Fund (-0- Ending Value) | A | Dividend | | T | | | | | |
| 9 MFS Emerging Growth Fund (-0- Ending Value) | A | Dividend | | T | | | | | |
| 10 Ivy International Fund (-0- Ending Value) | A | Dividend | | T | | | | | |
| 11 Merrill Lynch Global Allocation Fund (-0- End Val) | A | Dividend | | T | | | | | |
| 12 Merrill Lynch Managed IRA #2 (#13-16 below) (See VIII) | | | | | | | | | |
| 13 Merrill Lynch Global Allocation Fund (-0- End Val) | | None | | T | | | | | |
| 14 Evergreen High Yield Bond Fund (-0- Ending Value) | | None | | T | | | | | |
| 15 Cash & Money Funds (-0- Ending Value) | | None | | T | | | | | |
| 16 Merrill Lynch CMA Acct., Cash Management Fund | A | Interest | J | T | | | | | |
| 17 Trust #1 (See Note in VIII) | | None | J | T | | | | | |

1 Inc/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1, D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions

*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT — | — — | — — | — | — EXEMPT |
| 18 Trust #2 (See Note in VIII) | | None | J | T | | | | | |
| 19 Schwab IRA – (#1) (#20-35 below) (See VIII) | | | | | | | | | |
| 20 Russell Diversified Equity Fund | D | Dividend | M | T | | | | | |
| 21 Russell Equity Income Fund (See VIII) (Sold in 1999) | | None | | | | | | | |
| 22 Russell Quantitative Equity Fund | D | Dividend | M | T | | | | | |
| 23 Russell Special Growth Fund | E | Dividend | M | T | | | | | |
| 24 Russell Emerging Markets Fund | A | Dividend | K | T | | | | | |
| 25 Russell Diversified Bond Fund (-0- Ending Value) (See VIII) | A | Dividend | | T | | | | | |
| 26 Russell Multi Strategy Bond Fund (-0- End Val) (See VIII) | A | Dividend | | T | | | | | |
| 27 Russell International Securities Fund | D | Dividend | M | T | | | | | |
| 28 Russell Real Estate Securities Fund (See VIII) (Sold in 1999) | | None | | | | | | | |
| 29 Russell Money Market Fund (See VIII) (Sold in 1999) | | None | | | | | | | |
| 30 Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 31 Firsthand Technology Fund | B | Dividend | J | T | | | | | |
| 32 Northern Technology Fund | D | Dividend | J | T | | | | | |
| 33 Rydex OTC Fund | A | Dividend | J | T | | | | | |
| 34 Eaton Vance Trad. Worldwide | B | Dividend | K | T | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VII. Page 3 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>*Place "(X)" after each asset exempt from prior disclosure.* | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code<br>(A-H) | (2)<br>Type (e.g., dividend, rent or interest) | (1)<br>Value Code<br>(J-P) | (2)<br>Value Method Code<br>(Q-W) | (1)<br>Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-Day | (3)<br>Value Code<br>(J-P) | (4)<br>Gain Code<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT – – – – – → | | | | EXEMPT |
| 35 Fremont Inst. U.S. Micro. | D | Dividend | K | T | | | | | |
| 36 Schwab One Inv. Acct. (#2) (#37-45 below) (See VIII) | | | | | | | | | |
| 37 Hibernia Corp. (-0- Ending Value) | A | Dividend | | T | | | | | |
| 38 Abgenix Inc. | | None | K | T | | | | | |
| 39 Incyte Pharmaceuticals (-0- Ending Value) (See VIII) | | None | | T | | | | | |
| 40 PE Corp-Celera Genomics (See Note in VIII) | | None | J | T | | | | | |
| 41 Money Market Fund | A | Interest | J | T | | | | | |
| 42 Geron Corp. (-0- Ending Value) | | None | | T | | | | | |
| 43 Charles Schwab Corp. (-0- Ending Value) | A | Dividend | | T | | | | | |
| 44 Williams Communications Group A | | None | K | T | | | | | |
| 45 XETA Technologies (-0- Ending Value) | | None | | T | | | | | |
| 46 Genvec | | None | J | T | | | | | |
| 47 Schwab One IRA - (#3) (See #48-50 below)(See VIII) | | | | | | | | | |
| 48 Schwab Money Market | A | Dividend | J | T | | | | | |
| 49 Fremont U.S. Microcap | D | Dividend | K | T | | | | | |
| 50 Rydex Biotechnology | | None | K | T | | | | | |
| 51 | | | | | | | | | |

| 1 Inc/Gain Codes: | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| (Col. B1, D4) | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| 2 Val Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| (Col. C1, D3) | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| (Col. C2) | U=Book Value | V=Other | W=Estimated | |

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $ 9,095 | Notes payable to banks - secured | |
| U.S. Government securities - add schedule | | Notes payable to banks - unsecured | |
| Listed securities - add schedule | $ 80,815 | Notes payable to relatives | |
| Unlisted securities - add schedule | | Notes payable to others | |
| Accounts and notes receivable: | | Accounts and bills due | |
| Due from relatives and friends | | Unpaid income tax | |
| Due from others | | Other unpaid tax and interest | |
| Doubtful | | Real estate mortgages payable - Add schedule | $ 171,700 |
| Real estate owned - add schedule | $ 510,000 | Chattel mortgages and other lists payable | |
| Real estate mortgages receivable | | Other debts - itemize | |
| Autos and other personal property | $ 57,000 | Credit card | |
| Cash value - life insurance | | | |
| Other assets - See Schedule | $ 809,701 | | |
| | | | |
| | | Total Liabilities | $ 171,700 |
| | | Net Worth | $1,294,911 |
| Total Assets | $1,466,611 | Total Liabilities and Net Worth | $1,466,611 |
| CONTINGENT LIABILITIES | None | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule) | Yes |
| On leases or contracts | | Are you defendant in any suits or legal actions? | No |
| Legal Claims | | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | | | |
| Other special debt | | | |

-32-